— THIS FORM MUST BE KEPT CONFIDENTIAL —     FW-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark McLean Saunders F02744<br>Centinela State Prison  D3-227<br>Po Box 931  Imperial, Ca. 92251<br>TELEPHONE NO.:   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **FILED**<br>APR 25 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: United States District Southern<br>STREET ADDRESS: 880 Front St. Ste 429<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, Ca. 92101-8900<br>BRANCH NAME: Southern District | FILING FEE PAID<br>Yes ___ No ✓ |
| PLAINTIFF/PETITIONER: Mark McLean Saunders<br>DEFENDANT/RESPONDENT: VM Almaker / Attorney General | IFP MOTION FILED<br>Yes ✓ No ___ |
| APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS | CASE NUMBER:<br>COPIES SENT TO<br>Court ✓ ProSe ___<br>'08 CV 0757 L AJB |

I request a court order so that I do not have to pay court fees and costs.

1. a. ☒ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):

3. a. My occupation, employer, and employer's address are (specify): —Ø—
   b. My spouse's occupation, employer, and employer's address are (specify): —Ø—

4. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. ☐ **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. ☐ **Food Stamps:** The Food Stamp Program
   d. ☐ **County Relief, General Relief (G.R.), or General Assistance (G.A.)**

5. If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. ☐ (Optional) My Medi-Cal number is (specify):
   b. ☐ (Optional) My social security number is (specify):
      ☐☐☐ - ☐☐ - ☐☐☐☐  and my date of birth is (specify):
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. ☐ I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]

6. ☐ My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

7. ☒ My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 4/21/08

Mark McLean Saunders                                 [signature]
(TYPE OR PRINT NAME)     (Financial information on reverse)     (SIGNATURE)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>FW-001 [Rev. July 1, 2007]

APPLICATION FOR WAIVER OF COURT FEES AND COSTS<br>(Fee Waiver)

Government Code,<br>§ 68511.3<br>www.courtinfo.ca.gov

CR

FW-001

| PLAINTIFF/PETITIONER: MARK MCLEAN SAUNDERS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VM ALMAGER / ATTORNEY GENERAL | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. [If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]

9. MY MONTHLY INCOME
   a. My gross monthly pay is: ............. $ ⌀
   b. My payroll deductions are (specify purpose and amount):
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ ⌀
   c. My monthly take-home pay is
      (a. minus b.): ..................... $ _____
   d. Other money I get each month is (specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ ⌀
      (If more space is needed, attach page labeled Attachment 9d.)
   e. MY TOTAL MONTHLY INCOME IS
      (c. plus d.): ..................... $ ⌀
   f. Number of persons living in my home: ⌀
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) | | | $ |
      | (2) | | | $ |
      | (3) | | | $ |
      | (4) | | | $ |
      | (5) | | | $ |

      The TOTAL amount of other money is: $ _____
      (If more space is needed, attach page labeled Attachment 9f.)
   g. MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS
      (a. plus d. plus f): ............... $ ⌀

10. I own or have an interest in the following property:
    a. Cash ......................... $ ⌀
    b. Checking, savings, and credit union accounts (list banks):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____

    c. Cars, other vehicles, and boats (list make, year, fair market value (FMV), and loan balance of each):

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    d. Real estate (list address, estimated fair market value (FMV), and loan balance of each property):

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. (list separately):
       $ ⌀

11. My monthly expenses not already listed in item 9b above are the following:
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies ........ $ _____
    c. Utilities and telephone ............ $ _____
    d. Clothing ........................... $ _____
    e. Laundry and cleaning ............... $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ _____
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses
       (insurance, gas, repair) ........... $ _____
    k. Installment payments (specify purpose and amount):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly
       installment payments is: ........... $ ⌀
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ ⌀
    m. Other expenses (specify):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly
       expenses is: ....................... $ ⌀
    n. MY TOTAL MONTHLY EXPENSES ARE
       (add a. through m.): ............... $ ⌀

12. Other facts that support this application are (describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12):

WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 [Rev. July 1, 2007]         APPLICATION FOR WAIVER OF COURT FEES AND COSTS         Page 2 of 2
                                           (Fee Waiver)

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:           FAX NO.: | |
| ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME:

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited   ☐ Limited | ☐ Counter   ☐ Joinder | |
| (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☐ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*:
5. This case ☐ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

▶

(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |

982(a)(20)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

NAME OF COURT AND BRANCH, IF ANY:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:

PLAINTIFF:

DEFENDANT:

| APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS | CASE NUMBER: |
|---|---|

1. I was granted a waiver of court fees and costs in this case on *(date)*: . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2. a. ☐ My financial status has **not changed** since I filed my original application.

   b. ☐ My financial status **has changed** since I filed my original application AND a new application is attached.

3. I ask the court to extend my waiver of fees to cover the following additional court fees and costs:

   a. ☐ Jury fees and expenses.

   b. ☐ Court appointed interpreters' fees for witnesses.

   c. ☐ Witness fees of peace officers whose attendance is necessary for reasons shown below.

   d. ☐ Reporters' fees for attendance at hearings and trials held more than sixtydays after the date of the original application as shown above.

   e. ☐ Witness fees for court appointed experts.

   f. ☐ Other *(specify)*:

4. These additional services are needed because *(use additional sheet if necessary)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on *(date)*: . . . . . . . . . . . . . . at *(place)*: . . . . . . . . . . . . . . . . . . . . .

_____          _____
(Type or print name)                                    (Signature)

Form Adopted by Rule 982
Judicial Council of California
Effective January 1, 1981
{982(a)(20)}
Mandatory Form

**APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS (IN FORMA PAUPERIS)**

THOMSON
—※—
WEST

Government Code
Section 68511.3

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **Mark Mclean Saunders**
(NAME OF INMATE)

**F02744**
(INMATE'S CDC NUMBER)

has the sum of $ **0** on account to his/her credit at

**Centinela State Prison**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **0**

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ **16.65**

and the *average monthly deposits* to the applicant's account was $ **4.17**

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**April 23, 08**
DATE

*[signature]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**Gracie Rojas**
OFFICER'S FULL NAME (PRINTED)

**Account Clerk II**
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)    -4-    K:\COMMON\FORMS\CIV-67.

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/23/08
                                                                         PAGE NO:       1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CENTINELA STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JAN. 08, 2008 THRU APR. 23, 2008

ACCOUNT NUMBER : F02744                     BED/CELL NUMBER: FDB3T2000000227U
ACCOUNT NAME   : SAUNDERS, MARK MCLEAN                  ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION        COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

01/08/2008     BEGINNING BALANCE                                                          0.00

02/25 D300  CASH DEPOSIT     4979  MLRM                        25.00                     25.00
03/03 W516  LEGAL COPY CH    5124  02/28                                      0.40       24.60
03/07 W512  LEGAL POSTAGE    5244  02/28                                      0.30       24.30
03/10 FC04  DRAW-FAC 4       5304  FAC D                                     24.00        0.30
04/22 W512  LEGAL POSTAGE    6213  04/21                                      0.30        0.00

                              CURRENT HOLDS IN EFFECT

DATE                HOLD
PLACED              CODE    DESCRIPTION             COMMENT              HOLD AMOUNT

04/22/2008          H118   LEGAL COPIES HOLD      6214  04/21                  9.90
04/22/2008          H118   LEGAL COPIES HOLD      6214  04/21                  4.20
04/23/2008          H109   LEGAL POSTAGE HOLD     6256  04/22                  2.16

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL          TOTAL        CURRENT       HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS      WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED

    0.00         25.00           25.00         0.00       16.26           0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE

                                                                         16.26-
```



REPORT ID: TS3030 .701

REPORT DATE: 04/23/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU APR. 23, 2008

ACCOUNT NUMBER : F02744                         BED/CELL NUMBER:
ACCOUNT NAME   : SAUNDERS, MARK MCLEAN           ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 08/30 | D300 | CASH DEPOSIT | MR/ | 701260 | 25.00 | | 25.00 |
| 09/17 | W536 | COPAY CHARGE | 08/16 | 1596 | | 5.00 | 20.00 |
| 10/15 | FC02 | DRAW-FAC 2 | B-1 | 2160 | | 20.00 | 0.00 |
| 10/17 | D300 | CASH DEPOSIT | MEMO | 2225 | 25.00 | | 25.00 |
| 11/19 | FC02 | DRAW-FAC 2 | B-1 | 2891 | | 25.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE