cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Mark McLean Saunders, | ) | Civil No.08cv757 L (AJB) |
| Plaintiff, | ) ) | Order Setting Briefing Schedule |
| v. | ) | Re Petitioner's Motion to Stay |
| | ) | the Petition |
| VM Almager, Warden, | ) | [Doc. No. 5] |
| | ) | |
| Defendants. | ) | |

On April 25, 2008, Petitioner, Mark Saunders, filed a Petition for Writ of Habeas Corpus. On May 12, 2008, Petitioner filed a motion to stay the petition until Petitioner's currently pending state habeas petition is decided by the California Courts [Doc. No. 5].

The Court sets the following briefing schedule with regard to Petitioner's motion to stay: Respondent shall file a response to Petitioner's motion to stay the petition **on or before *June 20, 2008*** and Petitioner may file a reply *on or before July 18, 2008.* A subsequent hearing date will be set as needed by the Court.

IT IS SO ORDERED.

DATED: May 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court